# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1328
Lower Tribunal No. 2015-CF-009959-A-O

_____

JAMEL EMMANUEL MITCHELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Wayne C. Wooten, Judge.

June 4, 2024

PER CURIAM.

AFFIRMED.

MIZE and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Jamel Emmanuel Mitchell, Malone, pro se.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED